UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| Jacob Baird | CASE NO.: 1:07-cv-00193 |
| Plaintiff, | JUDGE: Rudy Lozano |
| v. | |
| Central Credit Services, Inc. | **NOTICE OF DISMISSAL** |
| Defendant. | **WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

MACEY & ALEMAN, P.C.

By:   /s/ Jeffrey S. Hyslip__
     Jeffrey S. Hyslip
     Attorney for Plaintiff
     20 West Kinzie; Suite 1300
     Chicago, IL 60611
     Telephone: 1.866.339.1156
     Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Central Credit Services, Inc.
c/o Susan Slagle Esq., Registered Agent
1201 San Amaro Road
Jacksonville, FL 32207

/s/ Jeffrey Hyslip